

**SAUL EWING**
**ARNSTEIN**
**& LEHR** LLP

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

February 26, 2018

**VIA ECF**

The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Celgene Corporation v. Dr. Reddy's Laboratories, Ltd., et al.*
             Civil Action No. 16-7704 (SDW)(LDW)

Dear Judge Wettre:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Jones Day, represents plaintiff Celgene Corporation ("Celgene") in the above-captioned matter. We write on behalf of all parties.

    Pursuant to the Pretrial Scheduling Order (D.I. 32), the parties are to file and serve their responding *Markman* submissions on or before March 1, 2018. Over the last several weeks, the parties were focusing their efforts on negotiating a potential compromise that would have resolved their claim construction disputes and obviated the need for responsive briefing. Unfortunately, the parties were not able to reach an agreement and now require some additional time to prepare their responding *Markman* papers. Therefore, we respectfully request a two-week extension, until March 15, for the parties to file and serve their responding *Markman* submissions. We also respectfully request an attendant two-week extension, to March 29, for the parties to submit a proposed *Markman* hearing schedule. The remaining dates in the Pretrial Scheduling Order would remain unchanged. If this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Leda Dunn Wettre, U.S.M.J.
February 26, 2018
Page 2


cc:     All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Leda Dunn Wettre, U.S.M.J.