

Charles M. Lizza<br>
Phone: (973) 286-6715<br>
Fax: (973) 286-6815<br>
clizza@saul.com<br>
www.saul.com

March 23, 2018

**VIA ECF**

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 5C
Newark, New Jersey 07102

    Re:   *Celgene Corp. v. Dr. Reddy's Laboratories, Ltd., et al.*
            Civil Action No. 16-7704 (SDW)(LDW)

Dear Judge Wigenton:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Jones Day, represents plaintiff Celgene Corporation ("Celgene") in the above-captioned matter. We write on behalf of all parties.

    We are pleased to inform the Court that the parties have resolved their remaining claim construction disputes. Accordingly, the parties will not be filing responsive *Markman* briefs today, and a *Markman* hearing will not be necessary.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
Charles M. Lizza

cc:   Hon. Leda D. Wettre, U.S.M.J.
       All Counsel (via e-mail)