Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CELGENE CORPORATION,**  **Plaintiff,**  v.  **DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.**  **Defendants.** | **Civil Action No. 16-7704 (SDW)(LDW)**  **(Filed Electronically)** |

**CONSENT JUDGMENT**

Plaintiff Celgene Corporation ("Celgene") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 17th day of September, 2020:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2. As used in this Consent Judgment, the term "DRL ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 209348 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 7,465,800; 7,855,217; 7,968,569; 8,530,498; 8,648,095; 9,101,621; and 9,101,622.

4. Until expiration of the Patents-in-Suit, DRL, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the DRL ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any lenalidomide-containing drug product that references NDA 21-880 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene.

5. Compliance with this Consent Judgment may be enforced by Celgene and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses, and demands in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit DRL from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit.

9. Nothing herein prohibits or is intended to prohibit DRL from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

10. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 209348 or the DRL ANDA Product.

      *s/Susan D. Wigenton*
      Hon. Susan D. Wigenton, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: September 17, 2020

| | | | |
|---|---|---|---|
| By: | s/ Charles M. Lizza <br> Charles M. Lizza <br> William C. Baton <br> Saul Ewing Arnstein & Lehr, LLP <br> One Riverfront Plaza, Suite 1520 <br> Newark, New Jersey 07102-5426 <br> (973) 286-6700 <br> clizza@saul.com <br><br> *Attorneys for Plaintiff* <br> *Celgene Corporation* | By: | s/ Gregory D. Miller <br> Gregory D. Miller <br> Nancy A. Del Pizzo <br> Gene Y. Kang <br> Rivkin Radler LLP <br> 21 Main Street, Suite 158 <br> Hackensack, NJ 07601 <br> (201) 287-2460 <br> Gregory.Miller@rivkin.com <br><br> *Attorneys for Defendants* <br> *Dr. Reddy's Laboratories, Ltd. and Dr.* <br> *Reddy's Laboratories, Inc.* |